UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MICHAEL MYERS,<br>ROBERT G. NEALE,<br>MARK B. MUMLEY,<br>GREGORY PENN,<br>    Plaintiffs<br><br>    v.<br><br>TRANSCOR AMERICA, LLC,<br>BILL BREES, National Regional<br>Director of TransCor America, and<br>SIMILARLY SITUATED JOHN DOE<br>GUARDS,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:   File No. 1:07-CV-120<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed January 24, 2008 (Paper 117). After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Defendants' alternative motion for a change of venue (Paper 81) is GRANTED. The Court hereby transfers this case, including all pending motions, to the United States District Court for the Middle District of Tennessee, pursuant to 28 U.S.C. § 1406.

WHEREFORE, it is hereby

ORDERED, that the Clerk of Court transfer this action to the United States District Court for the Middle District of Tennessee; and it is further

1

ORDERED, that ten (10) days after the date of the service of this Order, the Clerk is instructed to notify the Clerk of the United States District Court for the Middle District of Tennessee, by sending a certified copy of this Order, along with a letter that provides instructions for obtaining a read-only, court user account for use in obtaining (retrieving) the electronic record of this case from the District's CM/ECF database; and it is further

ORDERED, that the Clerk serve a copy of this Order on the parties by regular mail.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 28th day of February, 2008.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge

2

Case 3:08-cv-00295   Document 120   Filed 02/28/08   Page 2 of 2 PageID #: 1164