IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MYERS, ROBERT G. NEALE, MARK B. MUMLEY, and GREGORY PENN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRANSCOR AMERICA, LLC, BILL BREES, )<br>National Regional Director of TransCor America, )<br>Inc., and JOHN DOE GUARDS, similarly )<br>situated guards, )<br>)<br>Defendants. ) | Civil No. 3:08-0295<br>Judge Trauger |

## O R D E R

On February 10, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 166), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** as follows:

1. As to the Motion to Dismiss filed by defendants TransCor America, LLC and Bill Brees (Docket No. 81), the Motion to Dismiss filed by defendant Brees (Docket No. 112), and the Renewal Motion to Dismiss filed by defendants TransCor America, LLC and Bill Brees (Docket No. 141), the motions are **GRANTED** as to all claims against defendant Bill Brees, and defendant Bill Brees is **DISMISSED** from this action; these motions are **GRANTED** as to the *respondeat superior* cause of action against TransCor (cause of action No. 3), and these motions are **DENIED** in all other respects.

2. The Supplemental Motion to Dismiss filed by defendants TransCor and Brees (Docket No. 139) is **GRANTED** as to all claims arising prior to May 10, 2006 and **DENIED** in all other respects.

It is so **ORDERED.**

Enter this 10th day of March 2009.

_____
ALETA A. TRAUGER
U.S. District Judge

1