**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| MICHAEL MYERS, ROBERT G. NEALE, MARK B. MUMLEY, and GREGORY PENN, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:08-0295 Judge Trauger |
| v. | ) ) | |
| TRANSCOR AMERICA, LLC, BILL BREES, National Regional Director of TransCor America, Inc., and JOHN DOE GUARDS, similarly situated guards, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On February 10, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 165), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Plaintiffs' Motion for a Protective Order and Preliminary Injunction (Docket No. 12) is **DENIED**.

It is so **ORDERED.**

Enter this 10th day of March 2009.

_____
ALETA A. TRAUGER
U.S. District Judge