IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MYERS, ROBERT G. NEALE ) | |
| MARK B. MUMLEY, and GREGORY PENN ) | |
| ) | |
| v. ) | NO. 3:08-0295 |
| ) | |
| TRANSCOR AMERICA, LLC, et al. ) | |

## **O R D E R**

The motions (Docket Entry Nos. 394 and 395)[1] of Defendant TransCor America, LLC for permission to file a reply brief to the response in opposition to summary judgment filed by Plaintiff Robert Neale are GRANTED. Defendant TransCor shall have until March 9, 2010, to file its reply.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date of service of this Order. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 9(a)(1) of the Local Rules for Magistrate Judge Proceedings.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The motions filed by TranCor are identical in all respects.