IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL MYERS, ROBERT G. NEALE )
MARK B. MUMLEY, and GREGORY PENN )
)
v. ) NO. 3:08-0295
)
TRANSCOR AMERICA, LLC )

**O R D E R**

Presently pending is Plaintiff Mark Mumley's motion for sanctions (Docket Entry No. 420). He seeks sanctions against the "State of Vermont, Attorney Generals of Vermont, DOC of Vermont, and Samartian (sic) House of Vermont" based on allegations that he had been "seperated (sic) from his legal documents by the State of Vermonts (sic) agents." He contends that he is unable to complete legal work in this action and in a criminal appeal of his conviction.

The motion is DENIED. The entities sought to be sanctions are not parties to the instant action. To the extent that Plaintiff Mumley believes that state and/or prison officials in Vermont have violated his First Amendment rights or have hindered his appeal in a state criminal case, he should pursue such claims in the state or federal courts of Vermont. To the extent that Plaintiff Mumley's separation from his legal material involves the instant action, the Court has addressed this possibility within a separately entered Report and Recommendation concerning the pending dispositive motions in this action.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date of service of this Order. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72 of the Federal Rules of Civil Procedure and Local Rule 72.02(b).

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge