# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROBERT G. NEALE, ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:08-0295 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| TRANSCOR AMERICA, LLC, and ) | |
| JOHN DOE GUARDS, similarly situated guards, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On January 11, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 452), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For a Temporary Restraining Order and Preliminary Injunction filed by plaintiff Neale (Docket No. 424) is **DENIED**.

It is so **ORDERED.**

Enter this 1st day of February 2011.

_____
ALETA A. TRAUGER
U.S. District Judge