# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL MYERS, ROBERT G. NEALE, MARK B. MUMLEY, and GREGORY PENN | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:08-0295 Judge Trauger |
| v. | ) ) | |
| TRANSCOR AMERICA, LLC, and JOHN DOE GUARDS, similarly situated guards, | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

On January 31, 2011, the magistrate judge issued a Report and Recommendation (Docket No. 457), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of facts and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that all claims against defendant, Robert E. Neale, are DISMISSED with prejudice. Nothing further remaining pending in this case, the Clerk shall close this file.

It is so **ORDERED.**

Enter this 23rd day of February 2011.

_____
ALETA A. TRAUGER
U.S. District Judge